IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KATELYN EBNER, PRINCESS MBAMARA, AYOKUNLE ORIYOMI, and BRITTANY PENWELL<br><br>    Plaintiffs,<br>vs.<br><br>COBB COUNTY, through its Instrumentality the COBB COUNTY POLICE DEPARTMENT; and OFFICER TRACY CARROLL a.k.a. "T.T." CARROLL, in his individual capacity.<br><br>    Defendants. | Civil Action File No.:<br><br>1:17-cv-03722-WSD |

## CERTIFICATE OF SERVICE

I certify that on this day, I served the foregoing **PLAINTIFFS' INITIAL DISCLOSURES** by mailing the same to opposing counsel by first class mail as follows:

George M. Weaver
Hollberg & Weaver, LLP
2921 Piedmont Rd., Suite C
Atlanta, GA 30305

Eddie Snelling
H. William Rowling, Jr.
Cobb County Attorney's Office
100 Cherokee Street, Suite 350
Marietta, Georgia 30090-7003

This 2nd day of January, 2017.

s/ Zack Greenamyre
Zack Greenamyre (Ga. Bar No. 293002)

*Attorney for Plaintiffs*