IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KATELYN EBNER, PRINCESS MBAMARA, AYOKUNLE ORIYOMI, and BRITTANY PENWELL,<br><br>      Plaintiffs,<br>v.<br><br>COBB COUNTY, through its Instrumentality the COBB COUNTY POLICE DEPARTMENT; and OFFICER TRACY CARROLL a.k.a. "T.T." CARROLL, in his individual capacity.<br><br>      Defendants. | CIVIL ACTION FILE NO.<br><br>1:17-cv-3722-MLB |

**JOINT MOTION AND BRIEF FOR PROTECTIVE ORDER**

All parties move the Court under Fed. R. Civ. 26(c) to enter the attached proposed protective order. The proposed order requires confidentiality of all records containing any of the following information produced by any party to this suit: social security numbers, dates of birth, home addresses of parties and law enforcement officers, home and cell telephone numbers of parties and law enforcement officers, medical information, payroll information, credit information, tax information and returns, and other sensitive and confidential identifying information.

- 1 -

This order is necessary to protect the confidentiality and privacy of the parties and law enforcement personnel. All parties consent to this motion.[1]

Respectfully submitted,

s/ Aklima Khondoker
Sean J. Young           790399
Aklima Khondoker        410345
Attorneys for Plaintiffs

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION OF GEORGIA, INC.
P.O. Box 77208
Atlanta, GA 30357
770-303-8111 (phone)
770-303-0060 (fax)
syoung@acluga.org
akhondoker@acluga.org

s/ Zack Greenamyre
Zack Greenamyre         293002
Attorney for Plaintiffs

MITCHELL & SHAPIRO LLP
3490 Piedmont Road, Suite 650
Atlanta, GA 30305
404-812-4747 (phone)
404-812-4740 (fax)
zack@mitchellshapiro.com

---

[1] This document has been prepared in Times New Roman (14 pt.) font, which has been approved by the Local Rules of this Court.

                                          s/George M. Weaver
                                          George M. Weaver      743150
                                          Attorney for Defendants

HOLLBERG & WEAVER, LLP
2921 Piedmont Road, N.E., Suite C
Atlanta, Georgia 30305
Tel.: (404) 760-1116
Fax: (404) 760-1136
gweaver@hw-law.com

                                          s/ Eddie Snelling, Jr.
                                          Eddie Snelling, Jr.    665725
                                          Senior Associate County Attorney
                                          H. William Rowling, Jr.  617225
                                          Assistant County Attorney
                                          Deborah L. Dance     203765
                                          County Attorney
                                          Attorneys for Defendants

COBB COUNTY ATTORNEY'S OFFICE
100 Cherokee Street, Suite 350
Marietta, Georgia 30090
(770) 528-4000
ddance@cobbcounty.org
browling@cobbcounty.org
Eddie.Snelling@cobbcounty.org

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KATELYN EBNER, PRINCESS MBAMARA, AYOKUNLE ORIYOMI, and BRITTANY PENWELL,<br><br>  Plaintiffs,<br>  v.<br><br>COBB COUNTY, through its Instrumentality the COBB COUNTY POLICE DEPARTMENT; and OFFICER TRACY CARROLL a.k.a. "T.T." CARROLL, in his individual capacity.<br><br>  Defendants. | CIVIL ACTION FILE NO.<br><br>1:17-cv-3722-MLB |

**CONSENT PROTECTIVE ORDER**

This case is in discovery and the parties have acknowledged the need to protect the confidentiality of certain sensitive confidential and identifying information. Accordingly, good cause having been shown within the meaning of Fed. R. Civ. P. 26(c)(1)(D, G) and the parties having agreed, the Court hereby orders:

1. All records containing any of the following information produced by any party to this suit shall be treated as confidential by all parties to the litigation: social security numbers, dates of birth, home addresses of parties and law enforcement officers, home and cell telephone numbers of parties and law enforcement

- 1 -

officers, medical information, payroll information, credit information, tax information and returns, and other sensitive and confidential identifying information. ("Confidential Information").

2. Confidential Information and all copies, summaries, compilations, and notes or abstracts thereof shall be used exclusively in this action and for no other purpose. Upon completion of this action, all Confidential Information together with any copies thereof shall either be destroyed or returned to the providing counsel, at said counsel's election. Any and all lists used to identify Confidential Information shall, upon conclusion of this action, also be maintained as strictly confidential under the terms of this paragraph, and shall be returned or destroyed under the terms of this paragraph.

3. Confidential Information may be disclosed to persons employed as experts or independent consultants by counsel and employees of counsel who have a need to review Confidential Information to aid in the litigation of this case. All persons to whom disclosure is made shall maintain and honor the confidentiality of such information except as disclosure is necessary for handling this litigation. Disclosure of Confidential Information to persons other than counsel, the parties, and counsels' employees shall be conditioned upon

such persons agreeing to be bound by this Order and signing a statement to that effect.

4. Parties wishing any document to be filed under seal must first present a motion and/or consent order regarding said document, and a copy of the document sought to be sealed, to the Court. Such motion or consent order should explain with particularity and citations to authority why the document should be filed under seal. The Clerk of the Court is not authorized to accept for filing any document designated as sealed without an Order from the Court approving specific documents to be filed under seal.

5. Any documents (including briefs), tangible things or information designated as Confidential that are submitted to the Court in support of or in opposition to a motion or introduced at a hearing or trial may retain their protected confidential status only by order of the Court in accordance with the procedures outlined in Appendix H (Standing Order No. 16-01, Electronic Case Filing and Administrative Procedures) of the Local Rules of the Northern District of Georgia.

6. An inadvertent failure to declare or mark a document as "Confidential" does not waive the right of the party seeking protection to correct that oversight. Similarly, a party's inadvertent failure to mark another party's records as

confidential does not give rise to any type of damages or cause of action, but the party seeking confidentiality protection may require that the oversight be corrected.

7. This Order shall govern all pretrial proceedings, but shall be subject to modification either before, during, or after trial, upon consent of the parties or by the Court. This Order shall not affect the rights of any party to use summary data or calculations based on such calculations. Any Confidential Information that is admitted into evidence shall not lose its confidential designation under this Order unless expressly ordered by the Court.

8. The provisions of this Order shall not affect the admissibility of evidence or any objections to evidence at trial or in any other proceedings in Court except as may be provided by separate Order or agreement. In addition, nothing in this order shall be construed as making any particular information or document discoverable in this action which might otherwise be objectionable.

IT IS SO ORDERED, this ____ day of _____, 2018.

_____
MICHAEL L. BROWN
United States District Judge

- 5 -

CONSENTED TO:


s/ Aklima Khondoker
Sean J. Young           790399
Aklima Khondoker        410345
Attorneys for Plaintiffs
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION OF GEORGIA, INC.
P.O. Box 77208
Atlanta, GA 30357
770-303-8111 (phone)
770-303-0060 (fax)
syoung@acluga.org
akhondoker@acluga.org


s/ Zack Greenamyre
Zack Greenamyre         293002
Attorney for Plaintiffs
MITCHELL & SHAPIRO LLP
3490 Piedmont Road, Suite 650
Atlanta, GA 30305
404-812-4747 (phone)
404-812-4740 (fax)
zack@mitchellshapiro.com


s/George M. Weaver
George M. Weaver        743150
Attorney for Defendants
HOLLBERG & WEAVER, LLP
2921 Piedmont Road, N.E.
Suite C
Atlanta, Georgia 30305
404-760-1116
gweaver@hw-law.com

s/ Eddie Snelling, Jr.
Eddie Snelling, Jr.          665725
Senior Associate County Attorney
H. William Rowling, Jr.   617225
Assistant County Attorney
Deborah L. Dance            203765
County Attorney
Attorneys for Defendants
COBB COUNTY ATTORNEY'S OFFICE
100 Cherokee Street, Suite 350
Marietta, Georgia 30090
(770) 528-4000
ddance@cobbcounty.org
browling@cobbcounty.org
Eddie.Snelling@cobbcounty.org

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KATELYN EBNER,<br>PRINCESS MBAMARA,<br>AYOKUNLE ORIYOMI, and<br>BRITTANY PENWELL,<br><br>      Plaintiffs,<br>  v.<br><br>COBB COUNTY, through its Instrumentality the COBB COUNTY POLICE DEPARTMENT; and OFFICER TRACY CARROLL a.k.a. "T.T." CARROLL, in his individual capacity.<br><br>      Defendants. | CIVIL ACTION FILE NO.<br><br>1:17-cv-3722-MLB |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing JOINT MOTION AND BRIEF FOR CONSENT PROTECTIVE ORDER with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

    Sean J. Young, Esq.
    Aklima Khondoker, Esq.
    AMERICAN CIVIL LIBERTIES
    UNION FOUNDATION OF GEORGIA, INC.
    P.O. Box 77208
    Atlanta, GA 30357

Zack Greenamyre, Esq,
MITCHELL & SHAPIRO LLP
3490 Piedmont Road, Suite 650
Atlanta, GA 30305

This 23rd day of February, 2018.

_____
George M. Weaver       743150
Attorney for Defendants

2921 Piedmont Road, N.E.
Suite C
Atlanta, GA 30305
404-760-1116
gweaver@hw-law.com

- 2 -