# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| KATELYN EBNER, PRINCESS MBAMARA, AYOKUNLE ORIYOMI, and BRITTANY PENWELL,<br><br>    Plaintiffs,<br>vs.<br><br>COBB COUNTY, through its Instrumentality the COBB COUNTY POLICE DEPARTMENT; and OFFICER TRACY CARROLL a.k.a. "T.T." CARROLL, in his individual capacity.<br><br>    Defendants. | Civil Action File No.:<br><br>1:17-cv-03722-MLB |

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW Aklima Khondoker, co-counsel for Plaintiffs in the above-styled case, and respectfully requests an Order permitting her withdrawal as Plaintiffs' co-counsel, because she is no longer employed with the American Civil Liberties Union of Georgia, one of the organizations representing Plaintiffs. Co-counsel's withdrawal will not prejudice nor harm Plaintiffs, as they will continue to be represented by Sean Young and Zack Greenamyre. Co-counsel has notified Plaintiffs of her intention to withdraw.

Respectfully submitted this 28th day of February 2020.

                                        */s/ Aklima Khondoker*
                                        Aklima Khondoker
                                        Georgia Bar No. 410345
                                        Sean J. Young
                                        Georgia Bar No. 790399
                                        American Civil Liberties Union of Georgia
                                        P. O. Box 77208
                                        Atlanta, Georgia 33057
                                        (770) 303-8111
                                        akhondoker@acluga.org
                                        syoung@acluga.org

                                        Zack Greenamyre
                                        Georgia Bar No. 293002
                                        Mitchell & Shapiro LLP
                                        3490 Piedmont Road, Suite 650
                                        Atlanta, Georgia 30305
                                        (404) 812-4747
                                        zack@mitchellshapiro.com

                                        *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served the foregoing MOTION TO WITHDRAW AS COUNSEL with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

 This 28th day of February 2020.

         By: */s/ Aklima Khondoker*
           Aklima Khondoker

           *Attorney for Plaintiffs*